UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA,  :  1:19-Cr.833 (SHS)

-v-  :  CONSENT TO PROCEED BY
        VIDEOCONFERENCE OR
STUART SMITH,  :  TELECONFERENCE

Defendant.  :

------------------------------------------------------

SIDNEY H. STEIN, U.S.D.J.

Defendant Stuart Smith hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____  Initial Appearance/Appointment of Counsel

  X   Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Preliminary Hearing on Felony Complaint

____  Bail/Revocation/Detention Hearing

____  Status and/or Scheduling Conference

____  Misdemeanor Plea/Trial/Sentence

_____     _____
Defendant's Signature (Judge may obtain     Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

Stuart Smith                          D. Gilbert Athay
Print Defendant's Name                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_____
Sidney H. Stein, U.S.D.J.

April 2, 2021
Date