```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :    SUPPLEMENTAL
UNITED STATES OF AMERICA               :    PROTECTIVE ORDER
                                       :
    - v. -                             :    S4 19 Cr. 833 (SHS)
                                       :
STUART SMITH,                          :
                                       :
              Defendant.               :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

WHEREAS, on January 24, 2020, the Court entered a Protective Order with respect to the defendants charged in Indictment 19 Cr. 833 (SHS) (the "Protective Order") (Dkt. No. 59);

WHEREAS, on March 30, 2021, Superseding Indictment S4 19 Cr. 833 (SHS) was unsealed, charging, among others, defendant Stuart Smith (Dkt. No. 186);

WHEREAS, on April 2, 2021, Gilbert Athay, Esq., appeared on behalf of defendant Stuart Smith;

IT IS HEREBY agreed, by and between the United States of America, Audrey Strauss, United States Attorney, by Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Athay, counsel for defendant Stuart Smith, that Mr. Athay is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

*[Handwritten: Mr. Athay is directed to move for admission to SDNY pro hac vice;]*

Dated:  New York, New York
        April 5, 2021

SO ORDERED:

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

### Acknowledgement of Protective Order

I have read and reviewed the Protective Order entered on January 24, 2020, in the above-captioned case, I understand it, and I acknowledge that I am and shall be bound by the Order.

_____
Gilbert Athay, Esq.
Attorney for Stuart Smith