D. GILBERT ATHAY (0143)
Attorney for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074
Facsimile: (801) 364-3232
dgathay@msn.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19CR833 |
| STUART SMITH, ) | |
| ) | Hon. SIDNEY H. STEIN |
| Defendant. ) | |

**REQUEST FOR NOTICE OF EXPERT WITNESSES AND REPORTS**

COMES NOW the Defendant, Stuart Smith, by and through his attorney, D. Gilbert Athay, hereby requests that the government provide him with notice of all expert witnesses which the government intends to rely upon at trial, together with all summaries of any expert witness opinion, expert witness statements or evidence of said expert witness, all expert witness reports and summaries of reports prepared in connection with the above-entitled matter, and the basis for such opinions, materials relied upon in forming such opinions, and the qualifications for each expert witness.

Defendant and expressly requests that the United States give notice immediately upon determining that it will rely upon such evidence, and that the government give its assurance that it will provide such notice in no event less than 14 days prior to trail pursuant to Rule 16(d), Fed.

R. Crim. P. and DUCrimR 16-1(c).

Respectfully submitted May 7, 2021.

/s/ D. Gilbert Athay
D. Gilbert Athay
Attorney at Law

## CERTIFICATE OF SERVICE

I, D. Gilbert Athay, hereby certify that on May 7, 2021, I served a copy of the forgoing Notice of Request for Notice of Expert Witnesses and Reports upon counsel for the Plaintiff in this matter, by mailing it to the following address:

Kiersten Ann Fletcher
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

/s/ D. Gilbert Athay
D. Gilbert Athay,
Attorney for the Defendant

D. GILBERT ATHAY (0143)
Attorney for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074
Facsimile: (801) 364-3232
dgathay@msn.com

2