LAW OFFICES
**D. GILBERT ATHAY**
43 EAST FOURTH SOUTH
SALT LAKE CITY, UTAH 84111
TELEPHONE (801) 363-7074
FAX (801) 364-3232

August 4, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Re:   *United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)*
      *United States v. Arash Ketabchi, et al., 17 Cr. 243 (SHS)*

Dear Judge Stein:

I represent Stuart Smith in the above-referenced case. In response to the Court's order of August 3, 2021, setting a pretrial conference on August 10, 2021 at 2:00 p.m. to establish firm dates for trial. I hereby represent to your honor that Mr. Smith is working diligently towards a resolution of his case. I am confident his case will be resolved without the necessity of a trial and I hereby request that we be excused from the August 10, 2021 hearing.

Respectfully Submitted:

D. Gilbert Athay
Attorney for Stuart Smith

Defendant Smith's request to be excused from the August 10 status conference is granted. Any defendant may request to be excused from attending that conference.

Dated: New York, New York
       August 4, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.