UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| STUART SMITH, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

  The proceeding scheduled for November 19, 2021, at 12:00 p.m. shall occur as a video conference using the Microsoft Teams platform. The Teams link will be emailed to all participants. To optimize use of the Court's video conferencing technology, all participants in the call must:

  Use a browser other than Microsoft Explorer to access Teams;

  Position the participant's device as close to the WiFi router as is feasible;

  Ensure any others in the participant's household are not using WiFi during the period of the call;

  Unless the participant is using a mobile telephone to access Teams, connect to audio by having the system call the participant; and

  If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and using ID 729 914 990#.

Dated: New York, New York
   November 17, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.