LAW OFFICES
**D. GILBERT ATHAY**
43 EAST FOURTH SOUTH
SALT LAKE CITY, UTAH 84111
TELEPHONE (801) 363-7074
FAX (801) 364-3232

April 15, 2022

## MEMO ENDORSDED

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Re:   United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)
      United States v. Arash Ketabchi, et al., 17 Cr. 243 (SHS)

Dear Judge Stein:

I represent Stuart Smith in the above-referenced case

The Court has set Oral Argument on defendant Kevin Handren's Motion To Quash Defendant's Rule 17(c) Subpoena (Doc. No. 469) For April 25, 2022 at 11:30 a.m.

On February 23, 2022, Your Honor entered an Order of Joinder to allow Mr. Stuart to join in defendant Handren's Motion and Memorandum (Doc. No. 478).

I hereby request that Mr. Stuart Smith be excused from personally appearing on April 25, 2022.

**Request granted.**

**Dated: New York, New York
April 18, 2022**

**SO ORDERED:**

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

Respectfully Submitted:

*/s/ D. Gilbert Athay*
D. Gilbert Athay
Attorney for Stuart Smith