

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Stuart Smith*, S6 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for March 9, 2023, be adjourned to a date and time convenient to the Court on or after September 7, 2023, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The sentencing is adjourned to September 7, 2023, at 3:30 p.m. The defense submission is due by August 17, the government submission is due by August 24.**

**Dated: New York, New York**
**March 1, 2023**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**