**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Stuart Smith*, S6 19 Cr. 833 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 7, 2023, be adjourned to a date and time convenient to the Court on or after February 1, 2024, in light of the current status of related proceedings and the anticipated timeline of their resolution.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: *[signatures]*
    Kiersten A. Fletcher
    Robert B. Sobelman
    Sheb Swett
    Assistant United States Attorneys
    (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The sentencing is adjourned to February 8, 2024, at 2:30 p.m. The defense submission is due by January 25, 2024, the government submission is due by February 1, 2024.**

Dated: New York, New York
       August 21, 2023

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.