UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| STUART SMITH, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The government having requested that a presentence investigation be ordered, the sentencing in this matter is set for October 17, 2024, at 2:30 p.m.

Dated: New York, New York
        July 11, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.