**D. Gilbert Athay**
Attorney at Law

43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 364-1333
Facsimile: (801) 364-3232

*Handwritten note: "12/27/24 This Court does not recommend specific institutions to the BOP. Application denied. So ordered. Sidney H. Stein USDJ"*

December 27, 2024

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

    Re:    *United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)*
                *United States v. Arash Ketabchi, et al., 17 Cr. 243 (SHS)*

Dear Judge Stein:

    As you are aware, I represent Stuart Smith in the above-referenced case. Mr. Smith appeared in your court on December 10, 2024 and you imposed a 9-month sentence of incarceration. You permitted him to surrender to prison on January 17, 2025.

    Mr. Smith herewith requests that you recommend to the Federal Bureau of Prisons that Mr. Smith be incarcerated at the Federal Prison Camp, 1001 Willow Street, Montgomery, Alabama, 36112.

    Mr. Smith has researched programs available at that institution and would like to participate in those programs to further his chances for lifetime success upon his release.

                                                      Respectfully Submitted:

                                                      /s/ D. Gilbert Athay
                                                      D. Gilbert Athay
                                                      Attorney for Stuart Smith