D. Gilbert Athay
Attorney at Law

43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 364-1333
Facsimile: (801) 364-3232

January 13, 2025

**BY ECF**                                  **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

    Re:    *United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)*
            *United States v. Arash Ketabchi, et al., 17 Cr. 243 (SHS)*

Dear Judge Stein:

    As you are aware, I represent Stuart Smith in the above-referenced case. Mr. Smith appeared in your court on December 10, 2024 and you imposed a 9-month sentence of incarceration. You permitted him to surrender to prison on January 17, 2025.

    Mr. Smith herewith requests an extension of 30-days to self-surrender. This request is made for the reason that U.S. Probation Officer, Nicole Brown-Morin, has informed Mr. Stuart that the BOP and U.S. Marshal's have yet to designate a facility for Mr. Stuart to report. However, she has requested a expeditious designation from said entities.

                                                  Respectfully Submitted:

                                                  /s/ D. Gilbert Athay

                                                  D. Gilbert Athay
                                                  Attorney for Stuart Smith

**Defendant's surrender date is extended to February 14, 2025.**

Dated: New York, New York
          January 13, 2025

                                          SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.