UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   UNITED STATES OF AMERICA         :

               -v.-             :

   STUART SMITH,            :

           Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF
FORFEITURE**

19 Cr. 833 (SHS)

WHEREAS, on or about April 28, 2025, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order-1") (D.E. 872), which ordered the forfeiture to the United States of all right, title and interest of STUART SMITH (the "Defendant") in, *inter alia*, the following:

    a.   $16,704.00 in United States currency;

    b.   One titanium U-Boat U-42 watch with a black dial and brown strap, numbered 339/999;

    c.   One stainless steel Rolex Oyster Perpetual Sea-Dweller DeepSea model watch, model: 126660, serial number: 99WR3799;

    d.   One stainless steel Hublot Big Bang chronograph Limited Edition (1/250) watch with a black rubber strap, model: 301RX; and

    e.   One stainless steel Breitling Super Avenger watch, model: A13370, serial number: 2504064

(a. through e., collectively, "Substitute Assets-1");

WHEREAS, on or about October 6, 2025, this Court entered a second Preliminary Order of Forfeiture as to Substitute Asset (the "Substitute Asset Order-2", together with Substitute Assets Order-1, the "Substitute Asset Orders") (D.E. 896), which ordered the forfeiture to the United States of all right, title and interest of the Defendant in the following property:

    a. One stainless steel Breitling Super Avenger watch, model: A13371, serial number: 2803882;

( "Substitute Asset-2", together with Substitute Assets-1, the "Substitute Assets");

WHEREAS, the Substitute Assets Orders directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets Orders, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of Substitute Assets-1 was posted on an official government internet site (www.forfeiture.gov) beginning on September 27, 2025, for thirty (30) consecutive days, through October 26, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 10, 2025 (D.E. 903);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of Substitute Assets-1 have been filed;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of Substitute Asset-2 was posted on an official government internet site (www.forfeiture.gov) beginning on October 9, 2025, for thirty (30) consecutive days, through November 7, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 10, 2025 (D.E. 903);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of Substitute Asset-2 have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Substitute Assets is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Assets.

C

3.      The United States Customs and Border Protection, or its designee, the Office of Fines, Penalties and Forfeitures shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
        December ____, 2025

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE